STATE of Missouri, Plaintiff–
Respondent,

v.

Morris CHILDS, Defendant–Appellant.

No. 63689.

Missouri Court of Appeals,
Eastern District,
Division One.

March 1, 1994.

Clinton Wright, St. Louis, for defendant-appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

*PER CURIAM.*

Defendant, Morris Childs, appeals from his conviction, after a jury trial, of receiving stolen property over $150.00. He was sentenced to five years imprisonment. No jurisprudential purpose would be served by an extended opinion in this case. Defendant's conviction is affirmed. Rule 30.25(b).